```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>        Plaintiff,          )<br>                            )<br>   v.                       )<br>                            )<br>BROOKE M. GREER             )<br>                            )<br>        Defendant.          )<br>_____) | Case No. S-09-0291 EFB<br><br>GOVERNMENT'S MOTION TO DISMISS<br>INFORMATION AND<br>ORDER<br><br>DATE:  August 24, 2009<br>TIME:  10:00am<br>JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Case No. CR. S-09-0291 EFB.

DATED: July 27, 2009                LAWRENCE G. BROWN
                                    Acting United States Attorney

                                     /s/ Matthew C. Stegman
                                By:_____
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

SO ORDERED:

DATED: July 28, 2009.
                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE